IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Crim. No. 18-322 |
| | : | |
| **GEORGE MATIN** | : | |

## **O R D E R**

On June 29, 2018, Defendant George Matin entered into a plea agreement with the Government on one count of conspiracy, two counts of wire fraud, two counts of securities fraud, and aiding and abetting. (Letter Request, Ex. A; Doc. No. 1.) Defendant currently resides in Los Angeles, California. His arraignment and change of plea are to take place before me on October 10, 2019. Defendant asks me to continue that proceeding so that he may recover from PTSD. (Letter Request.) I will deny his request.

On August 25, 2018, a tree branch fell through the windshield of Defendant's car. (Letter Request 6.) Defendant has provided a photo of the incident. (Letter Request 14–15.) It depicts a car with a hole in its windshield. Although his "brand-new Mercedes Benz" was damaged, he went home after paramedics examined him on the scene and found no injury. (Letter Request 6.) Defendant has since consulted with a chiropractor, dentist, and psychologist. (Id.)

Defendant's psychologist—who apparently stopped treating Defendant in August 2019—opines that the tree branch incident that took place some thirteen months ago caused him to suffer from still-continuing PTSD, depression, anxiety, "loss of self-esteem, self-confidence, and deep feelings of insecurity," all of which would make travel to Philadelphia difficult. (Letter Request 4, 9–10.) Although he can be arraigned via video conference, Defendant must appear in this Court to plead guilty. Fed. R. Crim. P. 11(b)(1) ("Before the court accepts a plea of guilty . . . the court

must address the defendant personally in open court."); Fed. R. Crim. P. 43(a)(1) (providing that the defendant "must be present" at the plea); United States v. Shemirani, 802 F.3d 1, 2 (D.C. Cir. 2015).  He thus requests a four-month continuance of the October 10th hearing.  (Letter Request 1–3.)  Defendant hopes that by that time, he will have sufficiently recovered to allow him to travel here.  (Id.)

I find Defendant's proffered reasons for a continuance are inadequate, to put it kindly. Accordingly, I will deny Defendant's request.

**AND NOW**, this 1st day of October, 2019 it is hereby **ORDERED** that Defendant's Letter Request for a continuance (Ex. A) is **DENIED**.  The Clerk of Court shall **FILE** the attached Letter Request **UNDER SEAL**.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.