IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of Notice: 5/21/2020 |
| v. | : | |
| GEORGE MATIN<br>10790 Wilshire Blvd., Apt. 801<br>Los Angeles, CA  90024 | : | CRIMINAL NO. 2018-322 |

**TAKE NOTICE** that the Sentencing scheduled to take place on June 18, 2020 has been postponed until September 24, 2020 at 2:00 p.m. in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, before the Honorable Paul S. Diamond, in Courtroom 14A, 14th Floor.

*Any motions, filings, or memoranda related to the sentencing of the above captioned Defendant shall be submitted to the Court* **no later than one week before the sentencing date**. *Any requests for continuances* **may be filed by letter.**

**ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE.  IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

Very truly yours,

*/s/ Lenora Wittje*

Lenora Kashner Wittje
Deputy Clerk to Judge Paul S. Diamond
267-299-7739

☐ INTERPRETER REQUIRED - NO
☐ THIS PROCEEDING HAS BEEN RESCHEDULED FROM, Click here to enter a date.

Notice to:
Defendant
Ellen C. Brotman, Defense Counsel
Angela M. Machala, Defense
Patrick Joseph Murray, A.U.S.A.
U.S. Marshal
Carolyn DeMayo, Probation
Pretrial Services
Crystal Wardlaw

Cr 4 (rev. 8/97)