# **Brotman**Law

Ellen C. Brotman, Esq.

One South Broad Street
Suite 1500
Philadelphia, PA 19107
D: 215-609-3247   F: 215-568-9319
C: 484-614-8522
E: ebrotman@ellenbrotmanlaw.com
W: ellenbrotmanlaw.com

December 14, 2020

VIA Email and ECF to Deputy Clerk Lenora Kashner Wittje
The Honorable Paul S. Diamond
14614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

RE: United States v. Matin
18-CR-322

Dear Judge Diamond**,**

I am co-counsel for George Matin, the defendant in the above-referenced case. Mr. Matin was sentenced by the Court on September 24, 2020 to a term of 15 months in the custody of the Bureau of Prisons. DKT # 42 AND 43. The Court ordered Mr. Matin to report to his designated institution on January 8, 2020. Mr. Matin has been designated to Lompoc FPC in California.

This is to request a sixty-day extension of Mr. Matin's report date to March 8, 2020. AUSA Patrick Murray does not oppose this request. This request is made as a result of the current worsening of the Covid-19 situation nationwide, including an upsurge in cases in California. This situation is affecting Lompoc FPC where several inmates and staff have tested positive; in fact, visiting to the Lompoc complex was suspended as of December 11 in an attempt to curb the spread of the virus. *See* https://tinyurl.com/y3vpxq6t.



The Honorable Paul S. Diamond
December 14, 2020
Page 2


      These circumstances support the requested extension of the current report date.

      Thank you for your consideration of this unopposed request. If you have any questions or need further information, I am available for a conference at your convenience.[1]


Sincerely,

Ellen C. Brotman


cc: Patrick J. Murray, AUSA by ECF
    Angela Machala, by ECF
    Deputy Clerk Lenora Kashner Wittje, by email

---

[1] A redacted copy of this letter will be filed on ECF.

BrotmanLaw
Admitted in Pennsylvania and New York

# EXHIBIT A

## -WESTWOOD CLINIC
2357 WESTWOOD BLVD
LOS ANGELES, CA 90064
Tel: (310) 481-9090/ fax: 310-481-9050

To Whom It May Concern:



Sincerely,

Dr. Mohsen Bahri, D.C