IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES v.

                Docket No.: 3:18-cr-00322-PD

GEORGE MATIN, Defendant

## **AMENDED NOTICE OF APPEAL**

Notice is hereby given that the above-named Defendant hereby appeals to the United States Court of Appeals for the Third Circuit from the Court's December 16, 2020 Denial of a Letter Request for an Extension of a Self-Surrender date and the Court Order entered on December 29, 2020 .

                Respectfully submitted,

                */s/ Ellen Brotman*

                Ellen C. Brotman, Esq.
                PA Id. # 71775
                Brotman Law
                One South Broad Street
                Suite 1500
                Philadelphia, PA 19107 215-609-3247

                ebrotman@ellenbrotmanlaw.com
                *Attorney for Defendant*

                December 30, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of December 2020 I caused a copy of the foregoing Notice of Appeal to be served upon Patrick Murray, AUSA by email at PatrickJMurray@usdoj.gov.

*/s/ Ellen C. Brotman*
Ellen C. Brotman, Esq.
PA Id. # 71775
Brotman Law
One South Broad Street
Suite 1500
Philadelphia, PA 19107 215-609-3247

ebrotman@ellenbrotmanlaw.com
*Attorney for Defendant*