# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | Crim. No. 18-322 |
| | : | |
| **GEORGE MATIN** | : | |

## O R D E R

    I have previously noted Defendant's highly dubious representations regarding his health and the purported need to continue these proceedings.  (Doc. No. 11.)  Nonetheless, upon consideration of the Government's Statement in Support of Defendants' Requests for Continuance of Self-Surrender Date (Doc. No. 50), it is hereby **ORDERED** that Defendant's Motion to Continue Report Date (Doc. No. 45) is **GRANTED**.  Defendant's self-surrender date shall be **March 8, 2021**.

                                                        **AND IT IS SO ORDERED.**

                                                        */s/ Paul S. Diamond*

                                                        Paul S. Diamond, J.