# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim. No. 18-322 |
| : | |
| GEORGE MATIN : | |
| : | |

## O R D E R

**AND NOW**, this 1st day of March, 2021, upon consideration of Defendant's Second Unopposed Motion for Continuance of Report Date (Doc. No. 53) and the Government's Response (Doc. No. 55), it is hereby **ORDERED** that Defendant's Motion (Doc. No. 53) is **GRANTED**. Defendant shall report to his designated institution, USP Lompoc, 28 days after he receives the final dose of an FDA-approved vaccine.

It is further **ORDERED** that **every Monday by 12:00 P.M. Eastern Time**, Defendant shall **FILE** a written, complete description of his efforts to get vaccinated over the previous seven days. If it appears Defendant is not truthful or is not making good faith efforts to get vaccinated, I will take appropriate action.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.