# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Crim. No. 18-322** |
| : | |
| **GEORGE MATIN** : | |
| : | |

### O R D E R

**AND NOW**, this 8th day of March, 2021, it is hereby **ORDERED** that Angela M. Machala's Motion for Leave to Withdraw Appearance (Doc. No. 56) is **GRANTED**, and Ms. Machala shall be **REMOVED** from the service list.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.