IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim. No. 18-322 |
| : | |
| GEORGE MATIN : | |
| : | |

**O R D E R**

**AND NOW**, this 29th day of March, 2021, it having been reported that Defendant George Matin is scheduled to receive his second dose of the COVID-19 vaccine on April 30, 2021, it is hereby **ORDERED** that Matin shall report to his designated institution, USP Lompoc, **on or before** May 14, 2021.

AND IT IS SO ORDERED.

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.